## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **TERRY R ZELLER, JR,**<br><br>   Plaintiff,<br><br>v.<br><br>**CHARLES WARREN,** *et al.***,**<br><br>   Defendants. | Case No. 23–cv–02012–ESK–AMD<br><br><br>**OPINION AND ORDER** |

   Plaintiff Terry R. Zeller, Jr., submitted a complaint pursuant to 42 U.S.C. § 1983 on April 10, 2023 (Complaint). (ECF No. 1.) On July 26, 2024, I appointed Alexander Shalom, Esq. to represent plaintiff pursuant to 28 U.S.C. § 1915. (ECF No. 9.) Nina R. Rodriguez, Esq. and Wayne W. Fang, Esq. entered appearances on August 21, 2024. (ECF Nos. 10, 11.)

   On November 18, 2024, counsel filed a motion seeking to withdraw from representation (Motion). (ECF No. 14.) The supporting certification was filed under seal to maintain attorney-client confidentiality. (ECF Nos. 14, 15.) In essence, counsels assert that plaintiff has been uncooperative with their efforts to assist him in prosecuting his case and has failed to keep them informed as to his whereabouts. (*Id.*)

   Plaintiffs have an obligation to keep the Clerk's Office informed as to their current addresses. L.Civ.R. 10.1(a) ("Counsel and/or unrepresented parties must advise the Court of any change in their or their client's address within seven days of being apprised of such change by filing a notice of said change with the Clerk."). Plaintiff has not kept his attorney or the Court informed of

his current address. "Failure to file a notice of address change may result in the imposition of sanctions by the Court." L.Civ.R. 10.1(a).

I will administratively terminate the Complaint due to plaintiff's failure to keep his attorney and the Clerk's Office informed of his current address. I will grant the Motion.[1]

**IT IS** on this 20th day of **November 2024 ORDERED** that:

1. The Clerk shall ADMINISTRATIVELY TERMINATE the Complaint under Local Civil Rule 10.1.

2. Plaintiff may reopen the Complaint by submitting his current address. The Clerk shall REOPEN the Complaint upon receipt of plaintiff's updated address.

3. The Motion at ECF No. 14 is granted.

4. The Clerk shall send a copy of this Opinion and Order to plaintiff by regular mail at his last known address.

          */s/ Edward S. Kiel*
          **EDWARD S. KIEL**
          **UNITED STATES DISTRICT JUDGE**

---

[1] I thank counsel for their willingness to accept the appointment.